[No. 37761-6-II. Division Two. June 30, 2009.]

DAVID KOENIG, *Appellant*, v. THE CITY OF LAKEWOOD, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-2-14000-7, Susan Serko, J., entered May 12, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 37772-1-II. Division Two. June 30, 2009.]

JOSEPH A. BACUS ET AL., *Appellants*, v. STANLEY W. ANDERSEN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skamania County, No. 02-2-00092-6, Brian P. Altman, J. Pro Tem., entered May 29, 2008. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 37867-1-II. Division Two. June 30, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JERMAINE GERARD KNOWLES, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-00516-0, Diane M. Woolard, J., entered June 6, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.

[No. 37932-5-II. Division Two. June 30, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DARREL ARTHUR DAVES, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-1-00487-6, Chris Wickham, J., entered June 6, 2008. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.